505 A.2d 601

**Anthony A. GEYELIN, Acting Insurance Commissioner of the Commonwealth of Pennsylvania, Petitioner,**

v.

**TEMPLE MUTUAL INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Feb. 28, 1986.

## ORDER

AND NOW, this 28th day of Feb., 1986, the Order of this Court entered on May 25, 1984, 504 Pa. 510, 475 A.2d 743, in the above-captioned matter is hereby dissolved.